JS-6/ENTER

FILED
APR - 7 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KASSANDRA WOOODS, | Case No. CV 09-2177-JSL (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| MARY LATTIMORE, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: April 3, 2009

*Spencer Letts*

J. Spencer Letts
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR - 8 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY